**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Oliverio Alonso ESTRADA–LEMUS, Defendant–Appellant.**

No. 10–10198.

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 15, 2011.*

Decided March 9, 2011.

An Nguyen, Robert Lawrence Ellman, Esq., U.S. Attorney's Office, South Las Vegas, NV, for Plaintiff–Appellee.

Rene Valladares, Esq., Federal Public Defender's Office, Las Vegas, NV, for Defendant–Appellant.

Before: CANBY, FERNANDEZ, and M. SMITH, Circuit Judges.

MEMORANDUM **

Oliverio Alonso Estrada–Lemus appeals from the 36–month sentence imposed following his conviction for being a deported alien found unlawfully in the United States, in violation of 8 U.S.C. § 1326. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Estrada–Lemus contends that his sentence is substantively unreasonable because the district court failed to consider the age of his prior conviction under *United States v. Amezcua–Vasquez,* 567 F.3d 1050 (9th Cir.2009), and because he is unlikely to reoffend. In light of the totality of the circumstances and the factors set forth in 18 U.S.C. § 3553(a), the sentence is substantively reasonable. *See United States v. Valencia–Barragan,* 608 F.3d 1103, 1108–09 (9th Cir.2010) (emphasizing the limited scope of *Amezcua–Vasquez*).

**AFFIRMED.**